JOSEPH H. HUNT
Assistant Attorney General, Civil Division
ANDY J. MAO
AMY L. LIKOFF
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-3173
Facsimile: (202) 514-7361
E-mail: Amy.L.Likoff@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
March 24, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>Plaintiff[s],<br><br>v.<br><br>[UNDER SEAL],<br><br>Defendant[s]. | No. CV 16-08050 SVW-FFM<br><br>[XXXXXXXX] ORDER RE [UNDER SEAL]<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[FILED/LODGED CONCURRENTLY: UNITED STATES' NOTICE OF [UNDER SEAL]] |

JOSEPH H. HUNT
Assistant Attorney General, Civil Division
ANDY J. MAO
AMY L. LIKOFF
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-3173
Facsimile: (202) 514-7361
E-mail: Amy.L.Likoff@usdoj.gov
Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
March 24, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA *ex rel.*
JUDY BOYCE ET AL,

Plaintiffs,

v.

AEGIS THERAPIES, INC. ET AL.,

Defendants.

No. CV 16-08050 SVW-FFM

[~~PROPOSED~~] ORDER RE UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART; STIPULATION RE UNSEALING

**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**

[LODGED CONCURRENTLY UNDER SEAL: UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART; STIPULATION RE UNSEALING]

ORDER

The United States of America having elected to intervene in part for purposes of settlement and decline to intervene in part in *United States ex rel. Boyce et al. v. Aegis Therapies, Inc. et al.*, CV 16-08050 SVW-FFM, the parties having stipulated as to the unsealing of the action, and good cause appearing, IT IS HEREBY ORDERED as follows:

The Relators' Complaint, the United States' Notice of Election to Intervene in Part and Decline to Intervene in Part, this Order, and the concurrently filed Stipulation of Dismissal shall be unsealed. All other papers or orders on file in these actions shall remain permanently under seal and shall not be made public or served upon the defendants. The seal shall be lifted on all matters occurring in these actions after the filing date of this Order.

Dated: March 24, 2020

*[Signature]*

UNITED STATES DISTRICT JUDGE
STEPHEN V. WILSON

## PROOF OF SERVICE BY ELECTRONIC MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Department of Justice, Civil Division. My business address is 175 N Street NE, Room 10.1813, Washington, D.C. 20002.

On 3/23/2020, I served the foregoing UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART; STIPULATION RE UNSEALING on each person or entity named below by e-mail, pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E).

Date of e-mailing: 3/23/2020.

Place of e-mailing: Washington, D.C.

Person(s) and/or Entity(s) to whom e-mailed:
  Roland Riggs
  Kreindler & Associates
  rriggs@blowthewhistle.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on 3/23/2020, at Washington, D.C.

_____
AMY L. LIKOFF